UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

THOMAS A. BOUND,   CASE NO.: 1:15-cv-02856-LMM

    Plaintiff,

v.

GRAND BAHAMA CRUISE LINE, LLC,
and CRUISE OPERATOR, INC.,

    Defendants.

_____/

## [PROPOSED] ORDER GRANTING DEFENDANT CRUISE OPERATOR, INC.'S MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

THIS CAUSE came before the Court upon Defendant CRUISE OPERATOR, INC.'s Motion for Extension of Time to Respond to Plaintiff's Complaint ("Motion"), and the Court, after considering the Motion and being otherwise duly advised, it is hereby:

**ORDERED and ADJUDGED** as follows:

1.    The Motion is **GRANTED**.

CASE NO.: 1:15-cv-02856-LMM

2. CRUISE OPERATOR, INC., shall have up through and including September 14, 2015, to file its response to the Plaintiff's Complaint.

**DONE and ORDERED** in Chambers this 24th day of August, 2015.

_____
Hon. Leigh Martin May
United States District Judge

2