# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:15-cv-02856-LMM
### Bound v. Grand Bahama Cruise Line, LLC et al
### Honorable Leigh Martin May

Minute Sheet for proceedings held In Chambers on 12/03/2015.

TIME COURT COMMENCED: 11:30 A.M.
TIME COURT CONCLUDED: 11:43 A.M.          COURT REPORTER: Montrell Vann
TIME IN COURT: 00:13                      DEPUTY CLERK: Rebecca Bachelor
OFFICE LOCATION: Atlanta

ATTORNEY(S) PRESENT:     Jeffrey Backman representing Cruise Operator, Inc.
                        Thomas Bound representing Thomas A. Bound
                        Jason Wagner representing Grand Bahama Cruise Line, LLC

PROCEEDING CATEGORY:    Telephone Conference (Motion Hearing Non-evidentiary);

MINUTE TEXT:            A Telephone Conference was held to discuss Plaintiff's [15] Motion for
                        Sanctions. The Court heard from Plaintiff on his Motion. Plaintiff's [15]
                        Motion for Sanctions was DENIED. The parties were directed to contact
                        Ms. Bachelor if any further discovery disputes arise and were instructed
                        to review the Court's Standing Order.

HEARING STATUS:        Hearing Concluded