UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| THOMAS A. BOUND, | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION FILE NO. |
| | : 1:15-cv-02856 LMM |
| GRAND BAHAMA CRUSE LINE, LLC, | : |
| Defendant. | : |

## CONSENT FINAL JUDGMENT

The Parties, by and through Thomas A. Bound as counsel for Plaintiff and Jason Wagner and Nicole Wolfe Stout as counsel for Defendant, being fully advised, hereby consent that Judgment be entered as follows:

IT IS ORDERED, ADJUDGED AND DECREED THAT Defendant Grand Bahama Cruise Line, LLC, its members, employees, servants and agents, as well as its successors and assigns, be and are perpetually enjoined and restrained from placing, initiating or participating in any telemarketing efforts or telephone calls to Plaintiff for any purpose, or causing any person, corporation, LLC, or entity of any sort, to place, initiate or participate in any telemarketing efforts or telephone calls to Plaintiff.

It is further ordered, adjudged and decreed that Plaintiff recover from Defendant Grand Bahama Cruise Line, LLC the sum of $577,500.00 as damages and $535.84 as costs, disbursements and expenses of this litigation, making a total Judgment, including damages, costs, disbursements and expenses, of $578,035.84 is hereby entered in favor of Plaintiff against Defendant Grand Bahama Cruise Line, LLC.

It is stipulated that all parties waive all rights to appeal this Judgment. The Clerk is instructed to close this case.

IT IS SO ORDERED this 6th day of March, 2017

_____
Leigh Martin May
United States District Judge